This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**GEORGE MENDOZA,**

Plaintiff-Appellant,

v.                                                                                  **NO. 33,913**

**LUCINDA HUBER,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Manuel I. Arrieta, District Judge**

Kelly O'Connell
Las Cruces, NM

for Appellant

The Pickett Law Firm, LLC
Stephen T. Swaim
Lawrence M. Pickett
Las Cruces, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}    Plaintiff appeals from a district court judgment resolving Plaintiff's quiet title complaint in Defendant's favor. We issued a calendar notice proposing to dismiss for lack of a final order. Defendant filed a memorandum in support. Plaintiff has not filed a memorandum in opposition, and the time for doing so has expired. *See* Rule 12-210(D)(3) NMRA. Accordingly, we dismiss the appeal. *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

{2}    DISMISSED.

{3}    **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**JONATHAN B. SUTIN, Judge**